# STATE OF MICHIGAN

# COURT OF APPEALS

---

STANDARD REHABILITATION, INC.,

       Plaintiff-Appellee,

v

GRANGE INSURANCE COMPANY OF MICHIGAN,

       Defendant-Appellant.

UNPUBLISHED
September 5, 2017

No. 331734
Wayne Circuit Court
LC No. 15-000424-NF

---

Before: TALBOT, C.J., and SAWYER and STEPHENS, JJ.

PER CURIAM.

We granted leave in this case to determine whether reports prepared for nonparty independent medical examinations (IMEs) may be obtained during discovery for the purpose of establishing bias by the physician retained by defendant insurer to prepare an IME report in the instant case.

Recently, the Supreme Court decided *Covenant Med Ctr, Inc v State Farm Mut Auto Ins Co*, ___ Mich ___; ___ NW2d ___ (No. 152758, issued May 25, 2017). Defendant brought this to our attention prior to oral argument, raising the question whether the case should be dismissed. At oral argument, plaintiff conceded that the insureds made no assignment of their claims to plaintiff prior to this suit being filed. Accordingly, we agree that, in light of *Covenant*, defendant is entitled to have plaintiff's claims dismissed.

Reversed and remanded with direction to dismiss this case. We do not retain jurisdiction. Defendant may tax costs.

/s/ Michael J. Talbot
/s/ David H. Sawyer
/s/ Cynthia Diane Stephens

-1-